**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sean Del Morris,            )<br>                                       )<br>             Petitioner,      )<br>                                       )<br>vs.                                )<br>                                       )<br>Dora B. Schriro, et al.,   )<br>                                       )<br>             Respondents. )<br>_____) | CV 05-328 PHX NVW<br><br>**ORDER** |

Before the court is the Report and Recommendation of Magistrate Judge Glenda E. Edmonds filed October 26, 2005 (doc. #15) , recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as untimely. Petitioner has filed his Petitioner's Specific Objections to Magistrate's Report and Recommendations, and Request for De Novo Review (docs. #16 and 17), in which he asserts that the Department of Corrections law library did not have available to him a copy of 28 U.S.C. Section 2244, which states the one-year statute of limitations for bringing this petition. Petitioner also requests de novo review of the Report and Recommendation of the magistrate judge, to which Petitioner is entitled in any event.

IT IS THEREFORE ORDERED that the portion of Petitioner's filings in docs. #16 and 17 that requests de novo review of the Report and Recommendation of the magistrate judge is granted.

1  IT IS FURTHER ORDERED that Respondent shall submit by December 9, 2005,
2 a response to the Objection demonstrating whether the Department of Corrections
3 provided access to Title 28, United States Code, Section 2244 at the relevant times.
4  DATED this 21st day of November, 2005.

_____
Neil V. Wake
United States District Judge