1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                           FOR THE DISTRICT OF ARIZONA
8
9   Sean Del Morris,                    )   CV 05-328 PHX NVW
                                        )
10                 Petitioner,           )   **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Dora B. Schriro, et al.,            )
13                                      )
                   Respondents.          )
14                                      )
                                        )
15

16      Before the Court are Petitioner's Petition for Writ of Habeas Corpus (doc. #1),
17  United States Magistrate Judge Glenda E. Edmonds' Report and Recommendation (doc.
18  #15), Petitioner's Specific Objections to Magistrate's Report and Recommendations, and
19  Request for De Novo Review (docs. #16 and 17), and Respondents' Response to
20  Petitioner's Objection to Report and Recommendation (doc. #19).
21      Petitioner's Specific Objections to Magistrate's Report and Recommendations, and
22  Request for De Novo Review (doc. #16) asserts that Petitioner did not have access
23  through prison library resources to the text of 28 U.S.C. §2244(d), which provides a one-
24  year statute of limitations which the magistrate judge's Report and Recommendation notes
25  Petitioner has failed to comply with. By order of November 22, 2005 (doc. #18), the
26  Court directed Respondents to submit their response to the objection demonstrating
27  whether, in fact, the Department of Corrections provided access to Petitioner to the text of
28  28 U.S.C. §2244 at the relevant times. Respondents' Response (doc. #19) demonstrates

1 through the affidavit of Daryl Johnson that Petitioner had access through the Department
2 of Corrections to the text of the statute at all relevant times.

3       The Court has considered Petitioner's objections and reviewed the Report and
4 Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that
5 the Court must make a de novo determination of those portions of the Report and
6 Recommendation to which specific objections are made).  The Court agrees with the
7 magistrate judge's determinations, accepts her recommended decision within the meaning
8 of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. §
9 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in
10 part, the findings or recommendations made by the magistrate").

11       IT IS THEREFORE ORDERED that the Report and Recommendation of
12 Magistrate Judge Glenda E. Edmonds (doc. #15) is accepted.

13       IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
14 (doc. #1) is denied and dismissed with prejudice.

15       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
16 accordingly and terminate this action.

17       DATED this 13th day of December, 2005.

                                          Neil V. Wake
                                         United States District Judge